# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO.  1:07CV151

| | |
|---|---|
| **DR. BARRY L. LaVIGNE, D.C.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| Vs. ) | **ORDER OF DISMISSAL** |
| ) | |
| **UNITED STATES GOVERNMENT,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's proposed complaint and his application to proceed in this action without the prepayment of the required filing fees.  The undersigned grants the application[1] but *sua sponte* dismisses the action pursuant to 28 U.S.C. § 1915(e)(2).

That statute provides, in pertinent part, that "[n]otwithstanding any filing fee, or any portion thereof, that may have been paid, the court *shall*

---

[1]It is at least arguable that the application should not be granted because the Plaintiff discloses that he owns real estate worth $25,000. However, although the Plaintiff's handwriting is illegible, he appears to claim that there is a tax lien against the property in an amount which exceeds its value.  As a result, the application is granted.

2

*dismiss the case at any time* if the court determines that . . . the action . . . is frivolous or malicious [or] fails to state a claim on which relief may be granted[.]" **28 U.S.C. § 1915(e)(2) (emphasis added).** Under this statutory proscription, the district court must dismiss such a case and it is the intent of Congress that such dismissals occur prior to service of the complaint on defendants. **Cochran v. Morris**, 73 F.3d 1310, 1315 (4th Cir. 1996); **White v. White**, 886 F.2d 721 (4th Cir. 1989). "Legally frivolous claims are based on an 'indisputably meritless legal theory' and include 'claims of infringement of a legal interest which clearly does not exist.'" **Adams v. Rice**, 40 F.3d 72, 75 (4th Cir. 1994).

> This standard encompasses complaints that are either legally *or* factually baseless. The statutory language dictates a high degree of deference to the discretion of district courts. A claim can be dismissed whenever a district court is "satisfied" the claim is frivolous. Moreover, the term frivolousness itself contemplates deference because "as a practical matter, it is simply not susceptible to categorical definition."

**Cochran, supra, at 1316 (quoting Adams, supra, at 74).**

In the proposed complaint, the Plaintiff argues that the laws against polygamy violate his constitutional rights because, "It is my religious belief that a person can marry whoever or whomever they choose, including their pet." **Complaint, filed April 20, 2007.** He also claims that because of

3

such laws, he "lost a wife and became destitute." *Id.* The Court finds the complaint is frivolous and should be dismissed.

**IT IS, THEREFORE, ORDERED** that the application to proceed without the prepayment of fees is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that the complaint is hereby **DISMISSED WITH PREJUDICE.**

Signed: April 26, 2007

Lacy H. Thornburg
United States District Judge